UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  22-CR-1667-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| SOL ANELY MENDOZA-CASILLAS, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Mendoza-Casillas' motion hearing/trial setting currently scheduled for September 21, 2022, be continued to November 18, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7).  For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  September 20, 2022

Hon. Janis L. Sammartino
United States District Judge